UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| JASON CAMACHO., on behalf of himself and all others similarly situated, | : <br> :     Civil Action No. 1:18-cv-10695-DAB <br> : |
| Plaintiff, | : |
| v. | : |
| SOUTHERN METHODIST UNIVERSITY | : |
| Defendant. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLEASE TAKE NOTICE THAT,** upon the annexed Declaration of John W. Egan dated March 7, 2019, together with Exhibits "A" through "D" annexed thereto, Declaration of Ryan Cole dated February 28, 2019, Declaration of Chris Regis dated March 6, 2019, Declaration of Susan Ryan dated March 1, 2019, together with Exhibit "A" annexed thereto, and the Memorandum of Law in Support of Defendant's Motion to Dismiss, Defendant Southern Methodist University hereby moves for an Order dismissing all claims for relief set forth in the Complaint *with prejudice* based on the absence of personal jurisdiction under Fed. R. Civ. P. 12(b)(2).

54708292v.2

Dated: New York, New York  
       March 8, 2019

Respectfully submitted,

SEYFARTH SHAW LLP

By:   /s/ *John W. Egan*
     John W. Egan
     jegan@seyfarth.com
     Marlin Duro
     mduro@seyfarth.com
     620 Eighth Avenue
     New York, New York 10018
     Telephone: (212) 218-5500
     Facsimile: (212) 218-5526
     *Attorneys for Defendant Southern Methodist University*